IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **08-cv-2664-AP**

**GILBERT W. MARTINEZ,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

Upon consideration of Defendant's Unopposed Motion to Remand (doc. #10), filed May 14, 2009, and the response thereto, it is

ORDERED that the Motion to Remand is DENIED.   The parties shall confer and submit an agreed briefing schedule no later than June 15, 2009.

Dated:  June 3, 2009.

       BY THE COURT:

       *s/John L. Kane*
       JOHN L. KANE, SENIOR JUDGE
       UNITED STATES DISTRICT COURT