IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **08-cv-2664-AP**

**GILBERT W. MARTINEZ,**

   Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

   Defendant.

## ORDER

Kane, J.

  Plaintiff's Unopposed Motion for Attorney Fees, (doc. #22), filed July 23, 2009, is **GRANTED**.  In consideration thereof, it is

  **ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$2,632.50**.

  Dated at Denver, Colorado, this 23th day of July, 2009.

           BY THE COURT:

           *S/John L. Kane*
           JOHN L. KANE, SENIOR JUDGE
           UNITED STATES DISTRICT COURT